# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-938

**Effective Date of Registration:**
September 17, 2025
**Registration Decision Date:**
November 25, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Blue sea jelly on white background |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | March 26, 2017 |
| **Nation of 1st Publication:** | Russia |

## Author

| | | |
|---|---|---|
| • | **Author:** | Artem Vorotnikov |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Artem Vorotnikov |
| | Griboedov St. 17, Tbilisi, 0179, Georgia (Republic) |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Artem Vorotnikov |
| **Email:** | artemvorotnik@gmail.com |
| **Address:** | Griboedov St. 17 |
| | Tbilisi 0179 Georgia (Republic) |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 17, 2025 |
| **Applicant's Tracking Number:** | AV2025091701 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-666

**Effective Date of Registration:**
September 17, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Flying birds and sika deer staring at the brunch tree |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | April 23, 2017 |
| **Nation of 1st Publication:** | Russia |

## Author

| | |
|---|---|
| • **Author:** | Artem Vorotnikov |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Artem Vorotnikov |
| | Griboedov St. 17, Tbilisi, 0179, Georgia (Republic) |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Artem Vorotnikov |
| **Email:** | artemvorotnik@gmail.com |
| **Address:** | Griboedov St. 17 |
| | Tbilisi 0179 Georgia (Republic) |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 17, 2025 |
| **Applicant's Tracking Number:** | AV2025091702 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-669

**Effective Date of Registration:**
September 17, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title
     **Title of Work:** Blue sea jelly on blue background

## Completion/Publication
    **Year of Completion:** 2017
  **Date of 1st Publication:** May 14, 2017
 **Nation of 1ˢᵗ Publication:** Russia

## Author
      •  **Author:** Artem Vorotnikov
   **Author Created:** 2-D artwork
     **Citizen of:** Russia

## Copyright Claimant
  **Copyright Claimant:** Artem Vorotnikov
         Griboedov St. 17, Tbilisi, 0179, Georgia (Republic)

## Rights and Permissions
       **Name:** Artem Vorotnikov
      **Email:** artemvorotnik@gmail.com
    **Address:** Griboedov St. 17
         Tbilisi 0179 Georgia (Republic)

## Certification
       **Name:** David Denholm
       **Date:** September 17, 2025
 **Applicant's Tracking Number:** AV2025091705



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-660

**Effective Date of Registration:**
September 17, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

**Title of Work:** Detailed transparent jellyfish

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** March 26, 2017
**Nation of 1st Publication:** Russia

## Author

- **Author:** Artem Vorotnikov
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Artem Vorotnikov
Griboedov St. 17, Tbilisi, 0179, Georgia (Republic)

## Rights and Permissions

**Name:** Artem Vorotnikov
**Email:** artemvorotnik@gmail.com
**Address:** Griboedov St. 17
Tbilisi 0179 Georgia (Republic)

## Certification

**Name:** David Denholm
**Date:** September 17, 2025
**Applicant's Tracking Number:** AV2025091704

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-467-506**

**Effective Date of Registration:**
September 17, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Seamless pattern with creepy eyeballs

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 17, 2017
**Nation of 1st Publication:** Russia

## Author

- **Author:** Artem Vorotnikov
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Artem Vorotnikov
Griboedov St. 17, Tbilisi, 0179, Georgia (Republic)

## Rights and Permissions

**Name:** Artem Vorotnikov
**Email:** artemvorotnik@gmail.com
**Address:** Griboedov St. 17
Tbilisi 0179 Georgia (Republic)

## Certification

**Name:** David Denholm
**Date:** September 17, 2025
**Applicant's Tracking Number:** AV2025091703

