IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ARTEM VOROTNIKOV,

          Plaintiff,

v.

SCHEDULE A DEFENDANTS,

          Defendants.

Civil Action No. 26-cv-422

(Judge Ranjan)

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION
FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Plaintiff Artem Vorotnikov hereby respectfully provides notice to the Court of his withdrawal, without prejudice, of Plaintiff's Motion for Leave to File Documents Under Seal (ECF No. 4).

Respectfully submitted,

Dated: March 18, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff